IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA, INC. AND VERIZON SOUTH INC., <br><br> Defendants. | Civil Action No. 2:10cv248 (RAJ/FBS) |

## MOTION FOR LEAVE TO FILE FINANCIAL INTEREST DISCLOSURES AND MEMORANDUM IN SUPPORT

Defendants Verizon Communications, Inc., Verizon Services Corp., Verizon Virginia, Inc. and Verizon South Inc. (collectively "Defendants") respectfully move the Court for leave to file their respective Financial Interest Disclosure Statements pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 for the reasons stated in the accompanying Memorandum in Support. Defendants have consulted with Plaintiff ActiveVideo Networks, Inc., who does not oppose this motion as evidenced by the attached Agreed Order (an original of which is being contemporaneously hand-delivered to the Court).

### MEMORANDUM IN SUPPORT

On June 29, 2010, counsel for Defendants, Gregory N. Stillman, Brent L. VanNorman, and Brian M. Buroker, filed Notices of Appearance in the above-captioned matter. Pursuant to Local Civil Rule 7.1(B), Defendants were required to file Financial Interest Disclosures "upon

the party's first appearance." Defendants inadvertently failed to do so and seek Leave of Court to do so now.

As Defendants have made no substantive submissions in this matter nor have either the District Judge or Magistrate Judge assigned to this case been asked to rule on any submissions, no prejudice has resulted due to this omission.

Respectfully submitted,

**VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA, INC.** and
**VERIZON SOUTH, INC.**

____/s/_____
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com
*Counsel for Defendants*

Brian M. Buroker (VSB # 39581)
Bradley T. Lennie *(Pro Hac Vice to be filed)*
Justin T. Arbes *(Pro Hac Vice to be filed)*
Keith H. Forst *(Pro Hac Vice to be filed)*
**HUNTON & WILLIAMS LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com
kforst@hunton.com

*Counsel for Defendants*

Dated: June 30, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
P. O. Box 3037
Norfolk, VA 23514
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
snoona@kaufcan.com

Nathan W. McCutcheon (VSB #36308)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com

*Counsel for Plaintiff*

-4-

                    /s/
      Brent L. VanNorman (VSB #45956)
      **HUNTON & WILLIAMS LLP**
      500 East Main Street, Suite 1000
      Norfolk, VA 23510
      Telephone: (757) 640-5300
      Facsimile: (757) 625-7720
      bvannorman@hunton.com
      ***Counsel for Defendants***