IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10-cv-00248-RAJ-FBS |
| ) | |
| VERIZON COMMUNICATIONS INC., ) | PUBLIC VERSION |
| VERIZON SERVICES CORP., ) | |
| VERIZON VIRGINIA INC., and ) | |
| VERIZON SOUTH INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ................................................................................. ii

    I.     STATEMENT OF UNDISPUTED FACTS ............................................. 1

    II.    STANDARD FOR SUMMARY JUDGMENT ....................................... 7

    III.   ARGUMENT ........................................................................................ 8

    IV.   CONCLUSION .................................................................................. 13

## TABLE OF AUTHORITIES

Page:

**Cases:**

*Accolade Systems LLC v. Citrix Systems, Inc.*  No. 6:07 CV 48, 2009 WL 1514426
(E.D. Tex. May 29, 2009) ..........................................................................8, 9, 12

*Alicea v. City of New York*, 534 N.Y.S.2d 593 (App. Div. 1988)..................................12

*Amana Refrigeration, Inc. v. Quadlux, Inc.*, 172 F.3d 852 (Fed. Cir. 1999) ..................11

*Benitec Australia, Ltd. v. Nucleonics, Inc.*, 495 F.3d 1340 (Fed. Cir. 2007)..................11

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) ..............................................................7

*Dow Jones & Co. v. Ablaise Ltd.*, 606 F.3d 1338 (Fed. Cir. 2010) ...............................11

*Drewitt v. Pratt*, 999 F.2d 774 (4th Cir. 1993) ...........................................................7,8

*Estate of Kimmell v. Seven Up Bottling Co. of Elkton, Inc.*, 993 F.2d 410 (4th Cir. 1993) ...............................................................................................................8

*Felty v. Graves-Humphreys Co.*, 818 F.2d 1126 (4th Cir. 1987) ....................................8

*Guinness PLC v. Ward*, 955 F.2d 875 (4th Cir. 1992)....................................................8

*Hugar v. Damon & Morey LLP*, 856 N.Y.S.2d 434 (App. Div.  2008).........................11

*Hughes Aircraft Co. v. United States*, 15 Cl. Ct. 550 (Ct. Cl.), *aff'd in part, dismissed in part*, *United States v. Aerospace Corp.*, 862 F.2d 320 (Fed. Cir. 1988) ..................9, 10

*Intellectual Prop. Dev., Inc. v. TCI Cablevision of Calif., Inc.*, 248 F.3d 1333 (Fed. Cir. 2001) .....................................................................................................11

*Kamfar v. New World Rest. Group, Inc.*, 347 F. Supp. 2d 38 (S.D.N.Y. 2004) ............10

*Koch v. Consolidated Edison Co. of New York, Inc.*, 62 N.Y.2d 548 (1984) ................12

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574 (1986)......................7

*McMahan & Co. v. Bass*, 673 N.Y.S.2d 19 (App. Div. 1998) .....................................10

*Noveck v. PV Holdings Corp.*, -- F. Supp. 2d --, No. 07-CV-2948 (RRM) (RML), 2010 WL 3780323 (E.D.N.Y. Sept. 21, 2010) ...................................................12

*Ross v. Communications Satellite Corp.*, 759 F.2d 355 (4th Cir. 1985)........................7

*Shaw v. Crissey*, 43 N.Y.S.2d 237 (Sup. Ct. 1943) .....................................................11

*Spanierman Gallery v. Merritt*, No. 00 Civ. 5712 (THK), 2004 WL 1781006
(S.D.N.Y. Aug. 10, 2004) ...............................................................................12

*Super Sack Mfg. Corp. v. Chase Packaging Corp.*, 57 F.3d 1054 (Fed. Cir.1995) .......................11

**Rules:**

Fed. R. Civ. P. 56(a) ...........................................................................................7

Local Rule 56(B)...................................................................................................1



## I.   STATEMENT OF UNDISPUTED FACTS

This Statement of Undisputed Facts is submitted in compliance with Eastern District of

Virginia Local Rule 56(B).

---

[1] Verizon has concurrently filed a Motion for Leave to Amend Answer to include the defenses of
license and release based on the recently discovered ActiveVideo-TV Guide Agreement.













## II.   <u>STANDARD FOR SUMMARY JUDGMENT</u>

Under Federal Rule of Civil Procedure 56(a), a court "shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

To avoid summary judgment, a plaintiff must present "specific facts showing that there is a *genuine issue for trial.*" *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986) (internal quotation marks omitted; emphasis in original); *see Celotex Corp. v. Catrett*, 477 U.S. 317, 327 (1986). "A trial, after all, is not an entitlement. It exists to resolve what reasonable minds would recognize as real factual disputes." *Ross v. Communications Satellite Corp.*, 759 F.2d 355, 364 (4th Cir. 1985); *see Drewitt v. Pratt*, 999 F.2d 774, 778-79 (4th Cir.

1993); *Guinness PLC v. Ward*, 955 F.2d 875, 883 (4th Cir. 1992); *Felty v. Graves-Humphreys Co.*, 818 F.2d 1126, 1128 (4th Cir. 1987); *see also Estate of Kimmell v. Seven Up Bottling Co. of Elkton, Inc.*, 993 F.2d 410, 412 (4th Cir. 1993) (nonmovant must show "specific" facts justifying a trial).  Because there are no genuine issues for trial on the defenses of release and license, the Court should grant Verizon's motion for summary judgment.

## III.   ARGUMENT

ActiveVideo's First Amended Complaint asserts claims of patent infringement against four Verizon defendants.  *See supra* Section I.D., ¶ 33.







² Covenants not to sue are recognized as a basis for dismissing an action. In the context of declaratory judgment actions, for example, the Federal Circuit has repeatedly and consistently held that a covenant not to sue for patent infringement divests the trial court of subject matter jurisdiction because the covenant eliminates any case or controversy between the parties. *See Super Sack Mfg. Corp. v. Chase Packaging Corp.*, 57 F.3d 1054, 1060 (Fed. Cir.1995); *see also Dow Jones & Co. v. Ablaise Ltd.*, 606 F.3d 1338, 1346-47 (Fed. Cir. 2010); *Benitec Australia, Ltd. v. Nucleonics, Inc.*, 495 F.3d 1340 , 1354-55 (Fed. Cir. 2007); *Intellectual Prop. Dev., Inc. v. TCI Cablevision of Calif., Inc.*, 248 F.3d 1333, 1342 (Fed. Cir. 2001) (statement of non-liability divested the district court of Article III jurisdiction); *Amana Refrigeration, Inc. v. Quadlux, Inc.*, 172 F.3d 852, 855 (Fed. Cir. 1999).

- 11 -



██████████████████████████████████████████████████████

██████████████████████████████████████████

IV.   __CONCLUSION__

████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████

███████████

Dated:  January 31, 2011                Respectfully submitted,

                                        **VERIZON COMMUNICATIONS INC.,**
                                        **VERIZON SERVICES CORP.,**
                                        **VERIZON VIRGINIA INC.** and
                                        **VERIZON SOUTH INC.**


                                        _____/s/_____
                                        Gregory N. Stillman (VSB #14308)
                                        Brent L. VanNorman (VSB #45956)
                                        **HUNTON & WILLIAMS LLP**
                                        500 East Main Street, Suite 1000
                                        Norfolk, VA  23510
                                        Telephone:  (757) 640-5300
                                        Facsimile:  (757) 625-7720
                                        gstillman@hunton.com
                                        bvannorman@hunton.com

Brian M. Buroker (VSB # 39581)
Bradley T. Lennie *(Pro Hac Vice)*
Justin T. Arbes *(Pro Hac Vice)*
**HUNTON & WILLIAMS LLP**
1900 K Street, NW
Washington, DC  20006
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman (*Pro Hac Vice*)
Noah M. Leibowitz (*Pro Hac Vice*)
Lisa H. Rubin (*Pro Hac Vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
hgutman@stblaw.com
nleibowitz@stblaw.com
lrubin@stblaw.com

John Thorne (*Pro Hac Vice to be submitted*)
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Courthouse Road
Arlington, VA  22201
Telephone:  (703) 351-3900
Facsimile:  (703) 351-3670
john.thorne@verizon.com

Leonard C. Suchyta (*Pro Hac Vice*)
John P. Frantz (VSB #41450)
Caren K. Khoo (*Pro Hac Vice*)
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone:  (908) 559-5623
Facsimile:  (908) 766-6974
leonard.suchyta@verizon.com
john.frantz@verizon.com
caren.khoo@verizon.com

Michael K. Kellogg (*Pro Hac Vice*)
Mark C. Hansen (*Pro Hac Vice*)
**KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA  23514
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon (VSB #36308)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
nmccutcheon@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
Michael F. Carr
Lorraine M. Casto
Salah Kaihani
Jason Gettleman
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com
lcasto@morganlewis.com
skaihani@morganlewis.com
jgettleman@morganlewis.com

Brett M. Schuman
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
bschuman@morganlewis.com

*Counsel for Plaintiff*

/s/
_____
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA  23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
bvannorman@hunton.com
*Counsel for Defendants*