# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

|  |  |
|---|---|
| ACTIVEVIDEO NETWORKS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:10-cv-00248-RAJ-FBS |
| VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., and VERIZON SOUTH INC., | ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF (1) GARY ARLEN AND (2) MICHAEL J. WAGNER

Verizon Communications Inc., Verizon Services Corp., Verizon Virginia Inc, and Verizon South Inc (collectively "Verizon" or "Defendants"), by counsel, respectfully move the Court for an order excluding the expert reports and testimony of (1) Gary Arlen and (2) Michael J. Wagner pursuant to Federal Rules of Evidence 702, 402 and 403.

Wherefore, on the grounds more fully articulated in the attached Memorandum in Support of Defendants' Motion to Exclude the Expert Reports and Testimony of (1) Gary Arlen and (2) Michael J. Wagner, Verizon respectfully moves the Court for an Order excluding the expert reports and testimony of Gary Arlen and Michael J. Wagner.

| | |
|---|---|
| Dated: June 7, 2011 | Respectfully submitted,<br><br>**VERIZON COMMUNICATIONS INC.,**<br>**VERIZON SERVICES CORP.,**<br>**VERIZON VIRGINIA INC.** and<br>**VERIZON SOUTH INC.**<br><br>               /s/               <br>Gregory N. Stillman (VSB #14308)<br>Brent L. VanNorman (VSB #45956)<br>**HUNTON & WILLIAMS LLP**<br>500 East Main Street, Suite 1000<br>Norfolk, VA 23510<br>Telephone: (757) 640-5300<br>Facsimile: (757) 625-7720<br>gstillman@hunton.com<br>bvannorman@hunton.com |

Brian M. Buroker (VSB # 39581)
Bradley T. Lennie *(Pro Hac Vice)*
Justin T. Arbes *(Pro Hac Vice)*
**HUNTON & WILLIAMS LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman (*Pro Hac Vice*)
Patrick E. King (*Pro Hac Vice*)
Noah M. Leibowitz (*Pro Hac Vice*)
Jason M. Bussey (*Pro Hac Vice*)
Lisa H. Rubin (*Pro Hac Vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
hgutman@stblaw.com
pking@stblaw.com
nleibowitz@stblaw.com
jbussey@stblaw.com
lrubin@stblaw.com

John Thorne *(Pro Hac Vice to be submitted)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Courthouse Road
Arlington, VA 22201
Telephone: (703) 351-3900
Facsimile: (703) 351-3670
john.thorne@verizon.com

Leonard C. Suchyta *(Pro Hac Vice)*
John P. Frantz (VSB #41450)
Caren K. Khoo *(Pro Hac Vice)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974
leonard.suchyta@verizon.com
john.frantz@verizon.com
caren.khoo@verizon.com

Michael K. Kellogg (*Pro Hac Vice*)
Mark C. Hansen (*Pro Hac Vice*)
**KELLOGG, HUBER, HANSEN, TODD,
 EVANS & FIGEL, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23514
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon (VSB #36308)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
Michael F. Carr
Lorraine M. Casto
Jason Gettleman
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com
lcasto@morganlewis.com
jgettleman@morganlewis.com

Brett M. Schuman
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
bschuman@morganlewis.com

*Counsel for Plaintiff*

                /s/
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
bvannorman@hunton.com

*Counsel for Defendants*