**Exhibit 1**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

FILED
JUL 1 3 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., <br> VERIZON SERVICES CORP., <br> VERIZON VIRGINIA INC., and <br> VERIZON SOUTH INC., <br><br> Defendants. | Case No. 2:10-cv-00248-RAJ-DEM <br><br> JURY TRIAL DEMANDED |

## [PROPOSED] AGREED ORDER TO AMEND THE PROTECTIVE ORDER

On this day came the parties, by counsel, upon their Joint Motion to Amend the Protective Order and, after joint representation of counsel and good cause shown, it is

ORDERED that paragraph 3(a) of the Protective Order (Dkt. No. 155) be and hereby is amended as follows:

1. Outside counsel shall be defined as "any attorney at the parties' outside law firms and Cisco's outside counsel Doug McClellan and Melissa Hotze."

Dated:   July 12, 2011                             Entered:  7/13/11

~~Magistrate Judge:~~

Raymond A. Jackson
United States District Judge
Eastern District Virginia

**WE ASK FOR THIS:**

**VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC.** and
**VERIZON SOUTH INC.**

*/s/ Brent L. VanNorman*
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Brian M. Buroker (VSB # 39581)
Bradley T. Lennie *(Pro Hac Vice)*
Justin T. Arbes *(Pro Hac Vice)*
**HUNTON & WILLIAMS LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

John Thorne *(Pro Hac Vice to be submitted)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Courthouse Road
Arlington, VA 22201
Telephone: (703) 351-3900
Facsimile: (703) 351-3670
john.thorne@verizon.com

Leonard C. Suchyta *(Pro Hac Vice)*
John P. Frantz (VSB #41450)
Caren K. Khoo *(Pro Hac Vice)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974
leonard.suchyta@verizon.com
john.frantz@verizon.com
caren.khoo@verizon.com

Henry B. Gutman *(Pro Hac Vice)*
Patrick E. King *(Pro Hac Vice)*
Noah M. Leibowitz *(Pro Hac Vice)*
Jason M. Bussey *(Pro Hac Vice)*
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
hgutman@stblaw.com
pking@stblaw.com
nleibowitz@stblaw.com
jbussey@stblaw.com

Michael K. Kellogg *(Pro Hac Vice)*
Mark C. Hansen *(Pro Hac Vice)*
**KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

SEEN AND AGREED:

**ACTIVEVIDEO NETWORKS, INC.**

_____
Stephen E. Noona (VSB #25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23514
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon (VSB #36308)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com

Daniel Johnson, Jr. *(Pro Hac Vice)*
Michael J. Lyons *(Pro Hac Vice)*
Dion M. Bregman *(Pro Hac Vice)*
Ahren C. Hoffman *(Pro Hac Vice)*
Michael F. Carr *(Pro Hac Vice)*
Lorraine M. Casto *(Pro Hac Vice)*
Jason Gettleman *(Pro Hac Vice)*
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com
lcasto@morganlewis.com
jgettleman@morganlewis.com

Brett M. Schuman *(Pro Hac Vice)*
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
bschuman@morganlewis.com

*Counsel for Plaintiff*