# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

_____

ACTIVEVIDEO NETWORKS, INC.,

    Plaintiff,

v.                                       Case No. 2:10-cv-00248-RAJ-DEM

VERIZON COMMUNICATIONS INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC., and       JURY TRIAL DEMANDED
VERIZON SOUTH INC.,

    Defendants.

_____

## DEFENDANTS' MOTION FOR
## JUDGMENT AS A MATTER OF LAW REGARDING DAMAGES

      Verizon Communications Inc., Verizon Services Corp., Verizon Virginia Inc., and Verizon South Inc. (collectively "Verizon" or "Defendants"), by counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 50(a) for an order granting Defendants' Motion for Judgment as a Matter of Law Regarding Damages.

      Wherefore, on the grounds more fully articulated in the attached Memorandum in Support of Defendants' Motion for Judgment as a Matter of Law Regarding Damages, Verizon respectfully moves the Court for an order granting Defendants' Motion for Judgment as a Matter of Law Regarding Damages.

Dated: July 20, 2011

Respectfully submitted,

**VERIZON COMMUNICATIONS INC.,**
**VERIZON SERVICES CORP.,**
**VERIZON VIRGINIA INC.** and
**VERIZON SOUTH INC.**

           */s/*

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Brian M. Buroker (VSB # 39581)
Bradley T. Lennie *(Pro Hac Vice)*
Justin T. Arbes *(Pro Hac Vice)*
**HUNTON & WILLIAMS LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman (*Pro Hac Vice*)
Patrick E. King (*Pro Hac Vice*)
Noah M. Leibowitz (*Pro Hac Vice*)
Jason M. Bussey (*Pro Hac Vice*)
Lisa H. Rubin (*Pro Hac Vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
hgutman@stblaw.com
pking@stblaw.com
nleibowitz@stblaw.com
jbussey@stblaw.com
lrubin@stblaw.com

John Thorne *(Pro Hac Vice to be submitted)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Courthouse Road
Arlington, VA 22201
Telephone: (703) 351-3900
Facsimile: (703) 351-3670
john.thorne@verizon.com

Leonard C. Suchyta *(Pro Hac Vice)*
John P. Frantz (VSB #41450)
Caren K. Khoo *(Pro Hac Vice)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974
leonard.suchyta@verizon.com
john.frantz@verizon.com
caren.khoo@verizon.com

Michael K. Kellogg (*Pro Hac Vice*)
Mark C. Hansen (*Pro Hac Vice*)
**KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 20, 2011, I will hand serve a copy of the foregoing on the following counsel of record and will then electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23514
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon (VSB #36308)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
Michael F. Carr
Lorraine M. Casto
Jason Gettleman
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com
lcasto@morganlewis.com
jgettleman@morganlewis.com

Brett M. Schuman
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
bschuman@morganlewis.com

*Counsel for Plaintiff*

                                 */s/*
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
bvannorman@hunton.com

*Counsel for Defendants*