IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



ACTIVEVIDEO NETWORKS, INC.,

Plaintiff,

V.

CIVIL ACTION NO. 2:10cv248

VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC., and
VERIZON SOUTH INC.

Defendants.

## ORDER

Before the Court is Plaintiff ActiveVideo Networks, Inc.'s ("ActiveVideo") Motion for Judgment as a Matter of Law Regarding Validity of U.S. Patent No. 5,526,034, pursuant to Federal Rule of Civil Procedure 50(a). In the Motion, ActiveVideo asserts that Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Virginia Inc., and Verizon South Inc. (collectively, "Verizon") have failed to introduce any evidence regarding the invalidity of U.S. Patent No. 5,526,034. Verizon does not contest ActiveVideo's Motion. Accordingly, Plaintiff's Motion for Judgment as a Matter of Law Regarding Validity of U.S. Patent No. 5,526,034 is **GRANTED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and parties of record.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
July 27, 2011