# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK/NEWPORT NEWS DIVISION



FILED
AUG - 2 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ActiveVideo Networks, Inc.,

    Plaintiff.

v.                    Case No.   2:10cv248

Verizon Communications, Inc., et. al.,

    Defendants.

## ORDER

The jurors in the above entitled case having been sequestered, IT IS **ORDERED** that the United States Marshal furnish them meals at the expense of the United States, submitting the bills to the Clerk of this Court for payment.

/s/
Raymond A. Jackson
United States District Judge

Norfolk, Virginia

Date: August 1, 2011