

FILED
IN OPEN COURT

AUG - 2 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ACTIVEVIDEO NETWORKS, INC.,

    Plaintiff,

v.                                        CIVIL ACTION NO. 2:10cv248

VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC., and
VERIZON SOUTH INC.,

    Defendants.

## VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

# FINDINGS ON INFRINGEMENT CLAIMS

I. **ACTIVEVIDEO'S U.S. PATENT NO. 5,550,578 ("THE '578 PATENT")**

    A. **Direct Infringement by Verizon**

        1. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 9 of the '578 patent?

        Yes ✓ No ____

    B. **Willful Infringement by Verizon**

        2. [This question is to be answered only if the answer to question 1 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 9 of the '578?

        Yes ____ No ✓

II. **ACTIVEVIDEO'S U.S. PATENT NO. 6,034,678 ("THE '678 PATENT")**

    A. **Direct Infringement by Verizon**

        3. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 1 of the '678 patent?

        Yes ✓ No ____

        4. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 2 of the '678 patent?

        Yes ✓ No ____

B. **Willful Infringement by Verizon**

5. [This question is to be answered only if the answer to question 3 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 1 of the '678 patent?

    Yes____ No ✓

6. [This question is to be answered only if the answer to question 4 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 2 of the '678 patent?

    Yes____ No ✓

III. **ACTIVEVIDEO'S U.S. PATENT NO. 6,100,883 ("THE '883 PATENT")**

A. **Direct Infringement by Verizon**

7. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 1 of the '883 patent?

    Yes ✓ No ____

8. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 26 of the '883 patent?

    Yes ✓ No ____

3

B. **Willful Infringement by Verizon**

9. [This question is to be answered only if the answer to question 7 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 1 of the '883 patent?

    Yes ____ No ✓

10. [This question is to be answered only if the answer to question 8 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 26 of the '883 patent?

    Yes ____ No ✓

IV. **ACTIVEVIDEO'S U.S. PATENT NO. 6,205,582 ("THE '582 PATENT")**

A. **Direct Infringement by Verizon**

11. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 5 of the '582 patent?

    Yes ✓ No ____

12. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 7 of the '582 patent?

    Yes ✓ No ____

13. Has ActiveVideo proved, by a preponderance of the evidence, that Verizon infringed claim 8 of the '582 patent?

    Yes ✓ No ____

### B. Willful Infringement by Verizon

14. [This question is to be answered only if the answer to question 11 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 5 of the '582 patent?

    Yes____ No __✓__

15. [This question is to be answered only if the answer to question 12 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 7 of the '582 patent?

    Yes____ No __✓__

16. [This question is to be answered only if the answer to question 13 above is "Yes."] Has ActiveVideo proved, by clear and convincing evidence, that Verizon willfully infringed claim 8 of the '582 patent?

    Yes____ No __✓__

## V. FINDINGS ON DAMAGES FOR ACTIVEVIDEO

17. [Answer this question only if you have found that at least one claim of ActiveVideo's patents has been infringed.] To what amount of damages has ActiveVideo shown it is entitled for Verizon's infringement?

    $ __115,000,000.00__

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

## VI. VERIZON'S U.S. PATENT NO. 6,169,542 ("THE '542 PATENT")

### A. Indirect Infringement by ActiveVideo

18. Has Verizon proved, by a preponderance of the evidence, that ActiveVideo infringed claim 1 of the '542 patent?

Yes ✓  No ____

## VII. VERIZON'S U.S. PATENT NO. 7,561,214 ("THE '214 PATENT")

### A. Indirect Infringement by ActiveVideo

19. Has Verizon proved, by a preponderance of the evidence, that ActiveVideo infringed claim 9 of the '214 patent?

Yes ✓  No ____

## VIII. FINDINGS ON DAMAGES FOR VERIZON

20. [Answer this question only if you have found that at least one claim of Verizon's patents has been infringed.] To what amount of damages has Verizon shown it is entitled for ActiveVideo's infringement?

$ 16,000.00

REDACTED COPY

Date: Aug 2, 2011    Foreperson: