# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

FILED AUG - 2 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ACTIVEVIDEO NETWORKS, INC.,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:10cv248

VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC., and
VERIZON SOUTH INC.,

    Defendants.

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that ActiveVideo recover of Verizon the sum of One Hundred Fifteen Million and no/100 Dollars ($115,000,000.00) for Verizon's infringement, and its costs of action.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Verizon recover of ActiveVideo the sum of Sixteen Thousand and no/100 Dollars ($16,000.00) for ActiveVideo's infringement, and its costs of action.

Date: August 2, 2011

FERNANDO GALINDO, CLERK

By: _____
    Deputy Clerk

Form of judgment approved in accordance
with Rule 58, FRCivP, August 2, 2011

_____
Raymond A. Jackson
United States District Judge