**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC.<br><br>                      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC. AND VERIZON SOUTH INC.<br><br>                      Defendants. | Civil Action No. 2:10-cv-248<br>RAJ/FBS |

**EXHIBIT 1**

**TO THE**

**DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST-JUDGMENT INTEREST AND DAMAGES FOR DEFENDANTS' CONTINUING INFRINGEMENT**

# FILED UNDER SEAL