**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

_____
                                                               )
**ACTIVEVIDEO NETWORKS, INC.,**           )
                                                               )
        **Plaintiff,**                                     )
                                                               )
**v.**                                                        )    Case No. 2:10-cv-00248-RAJ-DEM
                                                               )
**VERIZON COMMUNICATIONS INC.,**    )
**VERIZON SERVICES CORP.,**                )
**VERIZON VIRGINIA INC., and**             )
**VERIZON SOUTH INC.,**                        )
                                                               )
        **Defendants.**                                )
_____)

**VERIZON'S EXPEDITED MOTION TO WAIVE,
OR IN THE ALTERNATIVE TO APPROVE, A SUPERSEDEAS BOND
AND TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**

Verizon Communications Inc., Verizon Services Corp., Verizon Virginia Inc., and Verizon South Inc. (collectively "Verizon"), by counsel, respectfully move this Court to waive, or in the alternative to approve, a supersedeas bond and enter a stay pending appeal of execution of the judgment entered on August 2, 2011.

Wherefore, on the grounds more fully articulated in the attached Memorandum in Support of Verizon's Expedited Motion to Waive, or in the Alternative to Approve, a Supersedeas Bond and to Stay Execution of Judgment Pending Appeal, Verizon respectfully moves the Court for an Order to stay the execution of the judgment without requiring Verizon to needlessly incur the substantial fees maintaining the bond would require, or in the alternative, Verizon respectfully moves the Court for an Order to stay the execution of the judgment pending appeal and approve the supersedeas bond tendered by Verizon. In the alternative, should the

Court not decide this motion within the fourteen-day time period during which execution of the judgment is automatically stayed, *see* Fed. R. Civ. P. 62(a), Verizon requests that the Court further stay any enforcement until this motion is resolved.

| | |
|---|---|
| Dated:  August 12, 2011 | Respectfully submitted, |
| | **VERIZON COMMUNICATIONS INC.,**<br>**VERIZON SERVICES CORP.,**<br>**VERIZON VIRGINIA INC.** and<br>**VERIZON SOUTH INC.** |
| | /s/<br>Gregory N. Stillman (VSB #14308)<br>Brent L. VanNorman (VSB #45956)<br>**HUNTON & WILLIAMS LLP**<br>500 East Main Street, Suite 1000<br>Norfolk, VA  23510<br>Telephone:  (757) 640-5300<br>Facsimile:  (757) 625-7720<br>gstillman@hunton.com<br>bvannorman@hunton.com |

Brian M. Buroker (VSB # 39581)
Bradley T. Lennie *(Pro Hac Vice)*
Justin T. Arbes *(Pro Hac Vice)*
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, NW
Washington, DC  20037
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman (*Pro Hac Vice*)
Patrick E. King (*Pro Hac Vice*)
Noah M. Leibowitz (*Pro Hac Vice*)
Jason M. Bussey (*Pro Hac Vice*)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000

Facsimile: (212) 455-2502
hgutman@stblaw.com
pking@stblaw.com
nleibowitz@stblaw.com
jbussey@stblaw.com

John Thorne *(Pro Hac Vice to be submitted)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
1320 North Courthouse Road
Arlington, VA 22201
Telephone: (703) 351-3900
Facsimile: (703) 351-3670
john.thorne@verizon.com

Leonard C. Suchyta *(Pro Hac Vice)*
John P. Frantz (VSB #41450)
Caren K. Khoo *(Pro Hac Vice)*
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974
leonard.suchyta@verizon.com
john.frantz@verizon.com
caren.khoo@verizon.com

Michael K. Kellogg (*Pro Hac Vice*)
Mark C. Hansen (*Pro Hac Vice*)
**KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 12, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23514
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon (VSB #36308)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
Michael F. Carr
Lorraine M. Casto
Jason Gettleman
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com
lcasto@morganlewis.com
jgettleman@morganlewis.com

Brett M. Schuman
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA   94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
bschuman@morganlewis.com

*Counsel for Plaintiff*


                  /s/
Gregory N. Stillman (VSB #14308)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA  23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
gstillman@hunton.com

*Counsel for Defendants*