**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC.<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC. AND VERIZON SOUTH INC.,<br><br>Defendants/Counterclaim-Plaintiffs. | Civil Action No. 2:10-cv-248<br>RAJ/DEM |

**DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT MOTION FOR AN AWARD OF PREJUDGMENT INTEREST, POST-JUDGMENT INTEREST AND DAMAGES FOR DEFENDANTS' CONTINUING INFRINGEMENT**

I, Michael J. Wagner, declare as follows:

1. I provided oral testimony during the trial and submitted expert reports in this matter on behalf of Plaintiff, ActiveVideo Networks, Inc. ("ActiveVideo"). I described my qualifications in my oral testimony and expert reports, and will not repeat them in this declaration. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to such facts under oath.

2. As I explained in my August 5, 2011 Declaration in Support of ActiveVideo's Motion For An Award Of Prejudgment Interest, Post-Judgment Interest And Damages For Defendants' Continuing Infringement, I have been asked to calculate the prejudgment interest that would be applied to the damages award in this matter.

3. The jury in this case returned a verdict for ActiveVideo and awarded damages against Defendants in the amount of $115,000,000. The Court entered Judgment reflecting this

amount on August 2, 2011.

4. As also explained in my August 5, 2011 Declaration, I have also been asked to calculate damages for infringing sales by Defendants for the period since March 2011 until the date of judgment, August 2, 2011, as well as calculate prejudgment interest on these additional damages.

5. I have reviewed the information provided in the Declaration of Eric Bruno In Support of Verizon's Opposition to Plaintiff's Motion For An Award Of Prejudgment Interest, Post-Judgment Interest And Damages For Defendants' Continuing Infringement and Defendants' Opposition Memorandum. This information includes Verizon's average number of FiOS TV billable lines for the months of April 2011 through July, 2011.

6. Based on Verizon's average FiOS TV billable accounts for April through July 2011, along with Verizon's projection for August based on Verizon's actual average customer additions for 2010-11, I have calculated ActiveVideo's damages from Verizon's infringing conduct during this post-discovery period to be $17,438,952 (Exh. 1, at 2 (Schedule 1.1), *see also* Defendants' Opposition at pg. 10; minor differences are due to rounding).

7. Using those figures provided by Verizon, I have also calculated the total prejudgment interest due on the damages from January 2006 to August 2, 2011 to be $6,687,511. (Exh. 1, at 2 (Schedule 1.1)).

8. In addition, using those figures provided by Verizon, I have calculated ActiveVideo's total prejudgment damages, including prejudgment interest, to be $139,126,462. (*Id.*)

9. In making these calculations, I employed the same methodology explained in my August 5, 2011 Declaration. Specifically: (1) I determined the weighted average prime interest

rate that prevailed during each quarter of the period since first infringement in the first quarter of 2006 (Exh. 1, at 3-4 (Schedule 1.2)); (2) I allocated proportionally the damages awarded by the jury to the infringing sales (Exh. 1, at 5-7 (Schedule 1.3)); (3) I assumed that the royalty payments were paid quarterly, and due thirty days after the last day in the quarter, and (4) by compounding quarterly and using the weighted average prime interest rate for each quarter, I calculated the prejudgment interest due on the damages awarded by the jury for each quarter (Exh. 1, at 3 (Schedule 1.2)).

* * * *

I declare under penalty of perjury that the foregoing is true and correct. Signed this 25th day of August 2011 in Mountain View, California.

Michael J. Wagner

Dated: August 29, 2011								Respectfully submitted,

   /s/ Stephen E. Noona
Stephen E. Noona
(Virginia State Bar No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone : (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon
(Virginia State Bar No. 36308)
David M. Morris
(Virginia State Bar No. 30146)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com
dmorris@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com

*Counsel for Plaintiff*

Case 2:10-cv-00248-RAJ-DEM Document 1021   Filed 08/29/11   Page 5 of 6 PageID# 24098

## CERTIFICATE OF SERVICE

I herby certify that on August 29, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
(Virginia State Bar No. 14308)
Brent L. VanNorman
(Virginia State Bar No. 45956)
**HUNTON & WILLIAMS, LLP**
500 E. Main Street, Suite 1000
Norfolk, VA 23514
Telephone: (757) 640-5314
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Brian M. Buroker
(Virginia State Bar No. 39581)
Bradley T. Lennie
Justin T. Arbes
**HUNTON & WILLIAMS, LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman
Lisa H. Rubin
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017
Phone:  (212) 455-2000
Fax: (212) 455-2502
hgutman@stblaw.com
lrubin@stblaw.com

*Counsel for Defendants*

                                                */s/ Stephen E. Noona*
                                                Stephen E. Noona

(Virginia State Bar No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com