AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

> **FILED**
>
> OCT 14 2011
>
> CLERK, U.S. DISTRICT COURT
> NORFOLK, VA

ACTIVEVIDEO NETWORKS, INC.,

     Plaintiff,

v.                                  Case Number: 2:10cv248

VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA, INC., and
VERIZON SOUTH, INC.

     Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came on for decision before the Court.
The issues have been decided and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that ActiveVideo Networks, Inc.'s Motion for an Award of Prejudgment Interest, Post-Judgment Interest, and Damages for Defendants' Continuing Infringement is GRANTED; that ActiveVideo is entitled to supplemental damages in the amount of $17,422,575, prejudgment interest in the amount of $6,687,511, and post-judgment interest for Verizon's infringement of its patents commencing on August 2, 2011, the date judgment was entered.

   October 13, 2011             FERNANDO GALINDO, CLERK
          Date

                                By:_____/s/_____
                                    R. Simmons, Deputy Clerk