IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV 9 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ACTIVEVIDEO NETWORKS, INC.,

Plaintiff,

v.                                                                    CIVIL ACTION NO. 2:10cv248

VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC., and
VERIZON SOUTH INC.

Defendants.

## *ORDER*

On October 24, 2011, this Court conducted a hearing in the above-styled matter regarding Plaintiff's Motion for Permanent Injunction. During the hearing, the Court ordered both parties to submit memoranda as to the appropriate royalty rate if the Court decides to grant Plaintiff's motion but provide Defendants with a sunset provision to comply with the Court's order. Both parties followed the Court's directive.

Now, having read the parties' submissions, it is further **ORDERED** that both Plaintiff and Defendants submit rebuttal arguments of no longer than five pages within seven (7) days from the date of this order.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel for the Parties.

**IT IS SO ORDERED.**

Raymond A. Jackson
United States District Judge

Norfolk, Virginia
November 8, 2011