IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
NOV 23 2011
CLERK, US DISTRICT COURT
NORFOLK, VA

ACTIVEVIDEO NETWORKS, INC.,

Plaintiff,

v.  CIVIL ACTION NO. 2:10cv248

VERIZON COMMUNICATIONS, INC.,
VERIZON SERVICES CORP.,
VERIZON VIRGINIA INC., and
VERIZON SOUTH INC.

Defendants.

## *ORDER*

Pursuant to this Court's Memorandum Opinion and Order on November 23, 2011 granting a Motion for Permanent Injunction in the above-styled case, the Court enters the following permanent injunction in accordance with its opinion.

**IT IS ORDERED** that effective May 23, 2012, Defendants are enjoined from (1) further infringement of the U.S. Patent 5,550,578 ("the '578 patent"), including by use of SeaChange and NextGen VOD services and others not colorably different, until expiration of the '578 patent and from (2) further infringement of U.S. Patent 6,205,582 ("the '582 patent"), including by providing VOD via SeaChange, NextGen, and others systems not colorably different, offered in conjunction with (a) widgets or (b) on-demand VOD catalogs, including post view navigation or others not colorably different, until expiration of the '582 patent.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel for the Parties.

Norfolk, Virginia
November 23, 2011

/s/
Raymond A. Jackson
United States District Judge