**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC.<br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC. AND VERIZON SOUTH INC.<br>Defendants/Counterclaim-Plaintiffs. | Civil Action No. 2:10-cv-248 RAJ/DEM |

### PLAINTIFF'S AND COUNTERCLAIM-DEFENDANT'S FURTHER NOTICE OF APPEAL

Plaintiff and Counterclaim-Defendant ActiveVideo Networks, Inc. ("ActiveVideo") hereby appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered by the district court on August 2, 2011, (Dkt. No. 930), the amended judgment entered by the district court on October 13, 2011, (Dkt. No. 1150), which was amended on October 14, 2011, (Dkt. No. 1155), all of which were subject to further proceedings and rulings including: the November 23, 2011, Memorandum Opinion and Order Granting an Injunction, (Dkt. No. 1209); the August 17, 2011, Order granting Defendants' Motion for Judgment as a Matter of Law of Validity of U.S. Patent No. 6,169,542 and Motion for Judgment as a Matter of Law that U.S. Patent No. 7,561,214 is Not Invalid, (Dkt. No. 984); the August 17, 2011, Order granting Defendants' Motion for Judgment as a Matter of Law of No Inequitable Conduct for U.S. Patent No. 6,169,542 and Motion for Judgment as a Matter of Law on Inequitable Conduct relating to U.S. Patent No. 7,561,214, (Dkt. No. 985); the October 13, 2011, Order denying ActiveVideo's Motion for a Partial New Trial Regarding Non-Infringement of Verizon's Counterclaim U.S. Patent Nos. 7,561,214 and 6,169,542, (Dkt. No. 1151); and the October 18, 2011, Order denying

ActiveVideo's Motion for a Partial New Trial Regarding Invalidity of Verizon's Counterclaim U.S. Patent Nos. 7,561,214 and 6,169,542, (Dkt. No. 1156).

ActiveVideo also appeals from each other judgment, ruling, finding, order, and conclusion decided adversely to it that has merged into a final, appealable judgment or order, including, without limiting the generality of the foregoing, the March 23, 2011, Order (*Markman I* Order) (Dkt. No. 398); the April 7, 2011, Memorandum Opinion and Order Regarding Claim Construction (*Markman II* Order) (Dkt. No. 408); and the July 15, 2011, Order Granting in Part Verizon's Motion to Exclude Testimony of Dr. Diana Manuelian (Dkt. No. 785).

ActiveVideo filed an initial notice of appeal on September 1, 2011.

Dated:  December 16, 2011               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Stephen E. Noona
Stephen E. Noona
(Virginia State Bar No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone : (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon
(Virginia State Bar No. 36308)
David M. Morris
(Virginia State Bar No. 30146)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com
dmorris@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
Michael F. Carr
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I herby certify that on December 16, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
(Virginia State Bar No. 14308)
Brent L. VanNorman
(Virginia State Bar No. 45956)
**HUNTON & WILLIAMS, LLP**
500 E. Main Street, Suite 1000
Norfolk, VA 23514
Telephone: (757) 640-5314
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Brian M. Buroker
(Virginia State Bar No. 39581)
Bradley T. Lennie
Justin T. Arbes
**HUNTON & WILLIAMS, LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman
Lisa H. Rubin
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017
Phone:  (212) 455-2000
Fax: (212) 455-2502
hgutman@stblaw.com
lrubin@stblaw.com

*Counsel for Defendants*

   */s/ Stephen E. Noona*
Stephen E. Noona
(Virginia State Bar No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

11456192_1.DOC