# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

JAN HORBALY
CLERK

TELEPHONE: (202) 275-8000
FAX (202) 275-9678



## FAX MATERIAL COVER SHEET

TO:   Michael K. Kellogg   202-326-7999

FROM:      Linda Bogin

This is page 1 of 4 pages being transmitted.

Date: December 14, 2011

Message/Instructions:

.

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

### ACTIVEVIDEO NETWORKS, INC.,
*Plaintiff-Cross Appellant,*

v.

### VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., AND VERIZON SOUTH INC.,
*Defendants-Appellants.*

---

2011-1538, -1567

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0248, Judge Raymond A. Jackson.

---

### ON MOTION

---

Before LINN, *Circuit Judge.*

### ORDER

Verizon Communications, Inc., et al. submit a motion for a stay, pending appeal, of the portion of the United States District Court for the Eastern District of Virginia's judgment imposing sunset royalties. Verizon also re-

ACTIVEVIDEO V. VERIZON COMMUNICATION                                    2

quests an immediate stay of the judgment as to the sun-
set royalties pending disposition of its motion for a stay
and for expedited briefing of the stay motion. Verizon
also moves for expedited briefing on the merits of the
appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) ActiveVideo Networks, Inc. is directed to respond
to the motion for stay no later than December 22, 2011.
Verizon's reply is due no later than December 28, 201..

(2) The portion of the judgment requiring monthly
payments of sunset royalties to ActiveVideo is temporar-
ily stayed pending the court's receipt of the response and
the court's consideration of the papers submitted. The
motion for expedited briefing on the motion for a stay and
the motion for an immediate stay are moot.

(3) Verizon shall post a bond with the district court
for each ordered payment of sunset royalties that becomes
due as long as the motion for a stay remains pending and
unless otherwise ordered by this court.

(4) The motion for expedited briefing on the merits is
granted. Verizon's opening brief is due December 29,
2011. ActiveVideo's opening brief is due January 26,
2012. Verizon's response/reply brief is due February 9,
2012. ActiveVideo's reply brief is due February 23, 2012.
Expedited service should be used for the briefs.

3                    ACTIVEVIDEO V. VERIZON COMMUNICATION

FOR THE COURT

DEC 1 4 2011                        /s/ Jan Horbaly        .
───────────────                    Jan Horbaly
     Date                          Clerk

cc:  Michael J. Lyons, Esq.
     Michael K. Kellogg, Esq.
                                          FILED
s19                               U.S. COURT OF AP  EALS FOR
                                    THE FEDERAL ( RCUIT

                                     DEC 1 4 2011

                                     JAN HORI ALY
                                         CLER