**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC. Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC. AND VERIZON SOUTH INC. Defendants. | Civil Action No. 2:10-cv-248 RAJ/DEM |

**ACTIVEVIDEO'S MOTION FOR ORDER OF CLARIFICATION REGARDING
<u>SUNSET ROYALTIES OWED TO ACTIVEVIDEO</u>**

Plaintiff ActiveVideo Networks, Inc. ("ActiveVideo") hereby moves this Court for an order clarifying that Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Virginia Inc. and Verizon South Inc. (collectively, "Verizon") are required to pay sunset royalties to ActiveVideo for the entire post-judgment period of infringement, beginning as of August 2, 2011, at the sunset royalty rate of $2.74 per FiOS TV subscriber per month. In support of this Motion, ActiveVideo provides the accompanying Memorandum.

Dated: December 19, 2011

Respectfully submitted,

 /s/ *Stephen E. Noona*
Stephen E. Noona
(Virginia State Bar No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone : (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Nathan W. McCutcheon
(Virginia State Bar No. 36308)
David M. Morris
(Virginia State Bar No. 30146)
**MORGAN, LEWIS & BOCKIUS LLP**

1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
nmccutcheon@morganlewis.com
dmorris@morganlewis.com

Daniel Johnson, Jr.
Michael J. Lyons
Dion M. Bregman
Ahren C. Hoffman
Michael F. Carr
**MORGAN, LEWIS & BOCKIUS, LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
djjohnson@morganlewis.com
mlyons@morganlewis.com
dbregman@morganlewis.com
ahoffman@morganlewis.com
mcarr@morganlewis.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I herby certify that on December 19, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
(Virginia State Bar No. 14308)
Brent L. VanNorman
(Virginia State Bar No. 45956)
**HUNTON & WILLIAMS, LLP**
500 E. Main Street, Suite 1000
Norfolk, VA 23514
Telephone: (757) 640-5314
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Brian M. Buroker
(Virginia State Bar No. 39581)
Bradley T. Lennie
Justin T. Arbes
**HUNTON & WILLIAMS, LLP**
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com
blennie@hunton.com
jarbes@hunton.com

Henry B. Gutman
Lisa H. Rubin
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
hgutman@stblaw.com
lrubin@stblaw.com

*Counsel for Defendants*

                   */s/ Stephen E. Noona*
                 Stephen E. Noona
                 (Virginia State Bar No. 25367)
                 **KAUFMAN & CANOLES, P.C.**
                 150 W. Main Street, Suite 2100
                 Norfolk, VA 23510
                 Telephone: (757) 624-3000
                 Facsimile: (757) 624-3169
                 senoona@kaufcan.com

11457604_1.DOC