# United States Court of Appeals for the Federal Circuit

2011-1538, -1567, 2012-1129, -1201

ACTIVEVIDEO NETWORKS, INC.,

                Plaintiff-Cross Appellant,

v.

VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., and VERIZON SOUTH INC.,

                Defendants-Appellants.

## Judgment

ON APPEAL from the    Appeals from the United States District Court for the Eastern District of Virginia

in CASE NO(S).    10-CV-0248

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, and REMANDED**

ENTERED BY ORDER OF THE COURT

DATED AUG 2 4 2012

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 9/21/2012

ISSUED AS A MANDATE: September 21, 2012