**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC.<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>                  v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC. AND VERIZON SOUTH INC.<br><br>    Defendants/Counterclaim-Plaintiffs. | Civil Action No. 2:10-cv-248 RAJ/DEM |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

It is hereby stipulated between Plaintiff ActiveVideo Networks, Inc. ("ActiveVideo") and Defendants Verizon Communications Inc., Verizon Services Corp., Verizon Virginia Inc. and Verizon South Inc. (collectively, "Verizon"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action, including all claims and counterclaims, shall be dismissed with prejudice and that the parties shall bear their own costs, expenses and attorneys' fees. The parties request that the Court enter the Proposed Agreed Order attached as **Exhibit 1** dismissing the matter with prejudice.

Dated: September 25, 2012            Respectfully submitted,

                                                                             */s/ Stephen E. Noona*
                                                                         Stephen E. Noona
                                                                         (Virginia State Bar No. 25367)
                                                                         **KAUFMAN & CANOLES, P.C.**
                                                                         150 W. Main Street, Suite 2100
                                                                         Norfolk, VA 23510
                                                                         Telephone: (757) 624-3000
                                                                         Facsimile: (757) 624-3169
                                                                         senoona@kaufcan.com

                Nathan W. McCutcheon
                (Virginia State Bar No. 36308)
                David M. Morris
                (Virginia State Bar No. 30146)
                **MORGAN, LEWIS & BOCKIUS LLP**
                1111 Pennsylvania Avenue, NW
                Washington, DC 20004
                Telephone: (202) 739-3000
                Facsimile: (202) 739-3001
                nmccutcheon@morganlewis.com
                dmorris@morganlewis.com

                Daniel Johnson, Jr.
                Michael J. Lyons
                Dion M. Bregman
                Ahren C. Hsu-Hoffman
                Michael F. Carr
                **MORGAN, LEWIS & BOCKIUS, LLP**
                2 Palo Alto Square
                3000 El Camino Real, Suite 700
                Palo Alto, CA 94306-2122
                Telephone: (650) 843-4000
                Facsimile: (650) 843-4001
                djjohnson@morganlewis.com
                mlyons@morganlewis.com
                dbregman@morganlewis.com
                ahoffman@morganlewis.com
                mcarr@morganlewis.com

                *Counsel for Plaintiff*


Respectfully submitted,

                */s/ Brent L. Van Norman*
                Gregory N. Stillman (VSB #14308)
                Brent L. VanNorman (VSB #45956)
                **HUNTON & WILLIAMS LLP**
                500 East Main Street, Suite 1000
                Norfolk, VA 23510
                Telephone: (757) 640-5300
                Facsimile: (757) 625-7720
                gstillman@hunton.com
                bvannorman@hunton.com

Bradley T. Lennie (Pro Hac Vice)
**HUNTON & WILLIAMS LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
blennie@hunton.com

Henry B. Gutman (Pro Hac Vice)
Patrick E. King (Pro Hac Vice)
Noah M. Leibowitz (Pro Hac Vice)
Jason M. Bussey (Pro Hac Vice)
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
hgutman@stblaw.com
pking@stblaw.com
nleibowitz@stblaw.com
jbussey@stblaw.com

John P. Frantz (VSB #41450)
Caren K. Khoo (Pro Hac Vice)
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974
john.frantz@verizon.com
caren.khoo@verizon.com

Michael K. Kellogg (Pro Hac Vice)
Mark C. Hansen (Pro Hac Vice)
**KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C**.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Gregory N. Stillman (VSB #14308)
>Brent L. VanNorman (VSB #45956)
>**HUNTON & WILLIAMS LLP**
>500 East Main Street, Suite 1000
>Norfolk, VA 23510
>Telephone: (757) 640-5300
>Facsimile: (757) 625-7720
>gstillman@hunton.com
>bvannorman@hunton.com
>
>Bradley T. Lennie (Pro Hac Vice)
>**HUNTON & WILLIAMS LLP**
>2200 Pennsylvania Avenue, NW
>Washington, DC 20037
>Telephone: (202) 955-1500
>Facsimile: (202) 778-2201
>blennie@hunton.com
>
>Henry B. Gutman (Pro Hac Vice)
>Patrick E. King (Pro Hac Vice)
>Noah M. Leibowitz (Pro Hac Vice)
>Jason M. Bussey (Pro Hac Vice)
>**SIMPSON THACHER & BARTLETT LLP**
>425 Lexington Avenue
>New York, NY 10017-3954
>Telephone: (212) 455-2000
>Facsimile: (212) 455-2502
>hgutman@stblaw.com
>pking@stblaw.com
>nleibowitz@stblaw.com
>jbussey@stblaw.com

John P. Frantz (VSB #41450)
Caren K. Khoo (Pro Hac Vice)
**VERIZON CORPORATE RESOURCES GROUP LLC**
One Verizon Way
Basking Ridge, NJ 07920
Telephone: (908) 559-5623
Facsimile: (908) 766-6974
john.frantz@verizon.com
caren.khoo@verizon.com

Michael K. Kellogg (Pro Hac Vice)
Mark C. Hansen (Pro Hac Vice)
**KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C**.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mkellogg@khhte.com
mhansen@khhte.com

*Counsel for Defendants*

   */s/ Stephen E. Noona*
Stephen E. Noona
(Virginia State Bar No. 25367)
**KAUFMAN & CANOLES, P.C.**
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

*11944541v1*